UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANY PEREZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent. | No.  1:26-cv-01952-DAD-JDP<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT<br><br>(Doc. No. 1) |

On March 11, 2026, petitioner Dany Perez Rodriguez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE") and a motion for temporary restraining order.  (Doc. No. 1.) Petitioner alleges that he entered the United States on March 10, 2022 and was detained on January 22, 2026, following a minor traffic stop, without any warning, paperwork, or legitimate reason.  (*Id.* at 3.)  Petitioner requests immediate release from custody.  (*Id.* at 4.)

On March 13, 2026, respondent filed an opposition to the motion for temporary restraining order.  (Doc. No. 5.)  Therein, respondent states that petitioner "was encountered by a U.S. Border Patrol Agent upon his illegal entry and released after issuance of a Form I-862,

/////

1

Notice to Appear[.]" (*Id.* at 2.)  Respondent further does not oppose the court ruling on the pending habeas corpus petition on the merits without further briefing.  (*Id.*)

Accordingly, pursuant to the court's reasoning as stated in *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025) and *O.A.C.S. v. Wofford*, No. 1:25-cv-01652-DAD-CSK (HC), 2025 WL 3485221 (E.D. Cal. Dec. 4, 2025), the court will grant the pending petition for writ of habeas corpus.

For the reasons explained above,

1.  Petitioner's petition for writ of habeas corpus and motion for temporary restraining order (Doc. No. 1) is GRANTED in part;

   a.  Petitioner's petition for writ of habeas corpus is GRANTED as follows:

      i.  Respondent is ORDERED to immediately release petitioner from respondent's custody on the same conditions he was subject to immediately prior to his January 22, 2026 re-detention;

      ii.  Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

   b.  Petitioner's motion for a temporary restraining order is hereby DENIED as having been rendered moot in light of this order; and

2.  The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **March 16, 2026**   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE